UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KASRA KHORSAND KAZEMI, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF STATE, et al.,

Defendants.

Case No.  25-cv-10152-SK

**ORDER DISMISSING CASE WITH PREJUDICE**

Regarding Docket No. 14

On April 30, 2026, Plaintiffs Kasra Khorsand Kazemi and Farnaz Nouri filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 14.) Defendants have not served an answer or a motion for summary judgment.  Accordingly, the Court DISMISSES this case WITH PREJUDICE.  Each party shall bear its own fees and costs. All case deadlines and hearings are VACATED.  The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: April 30, 2026

_____
SALLIE KIM
United States Magistrate Judge